# Schedule A

| No. | Marketplace | Merchant Name | Merchant ID | Product ID | TM Used | PT Used |
|---|---|---|---|---|---|---|
| 1 | Alibaba | Shenzhen Magreen Technology Co., Ltd. | magreentech | 1601057240571 | | USD802649 |
| | | | | 1601055875179 | | USD802649 |
| 2 | Aliexpress | Outdoor Optical Store | 1100805904 | 3256809286169661 | | USD802649 |
| 3 | Aliexpress | wennew Camera Bag Store | 1101075547 | 3256807713083408 | | USD802649 |
| 4 | Aliexpress | sonovel | 1101100117 | 3256807610566290 | | USD802649 |
| | | | | 3256807609992241 | | USD802649 |
| 5 | Aliexpress | Sw's Boutique Store | 1101165316 | 3256807380468674 | | USD802649 |
| 6 | Aliexpress | EcorePhone Store | 1101249930 | 3256807254217946 | | USD802649 |
| 7 | Aliexpress | WETOP 3C Store | 1101311290 | 3256808813006325 | | USD802649 |
| 8 | Aliexpress | magicstore2022 Store | 1102268261 | 3256808772547985 | | USD802649 |
| 9 | Aliexpress | JSR JUNESTAR Digital Accessories Store Store | 1102721275 | 3256807169302614 | | USD802649 |
| 10 | Aliexpress | DOLANBIA Plus Store | 1102817483 | 3256809385007288 | | USD802649 |
| 11 | Aliexpress | EXSKOF Choice Store | 1103204828 | 3256809159166895 | | USD802649 |
| 12 | Aliexpress | EXSKOF Select Store | 1103376237 | 3256809159269439 | | USD802649 |
| 13 | Aliexpress | Electric Guy Store | 1103474624 | 3256809313341076 | | USD802649 |
| 14 | Aliexpress | Leoder Store | 1103695184 | 3256809223387901 | | USD802649 |
| | | | | 3256809223187151 | | USD802649 |
| 15 | Aliexpress | Wusen Century Original Studio | 1103743158 | 3256807022484443 | Peak Design | USD802649 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Store | | | | |
| 16 | Aliexpress | Shop1103810070 Store | 1103813072 | 3256808945328890 | | USD802649 |
| 17 | Aliexpress | Shop1103841699 Store | 1103837695 | 3256809251285034 | | USD802649 |
| | | | | 3256809251567768 | | USD802649 |
| 18 | Aliexpress | Fire Soil Store | 1104064166 | 3256808494527463 | | USD802649 |
| 19 | Aliexpress | Shop1104080935 Store | 1104085912 | 3256809132842670 | | USD802649 |
| 20 | Aliexpress | Shop1104549582 Store | 1104557569 | 3256809341027347 | | USD802649 |
| | | | | 3256809356538481 | | USD802649 |
| | | | | 3256808969864161 | | USD802649 |
| | | | | 3256808970097845 | | USD802649 |
| | | | | 3256808990906321 | | USD802649 |
| | | | | 3256809065877229 | | USD802649 |
| | | | | 3256809138706573 | | USD802649 |
| | | | | 3256809138740520 | | USD802649 |
| | | | | 3256809316172989 | | USD802649 |
| | | | | 3256809316281058 | | USD802649 |
| | | | | 3256809316292801 | | USD802649 |
| | | | | 3256809340639906 | | USD802649 |
| | | | | 3256809340673941 | | USD802649 |
| | | | | 3256809340679 | | USD802649 |

| | | | | 866 | | |
|---|---|---|---|---|---|---|
| | | | | 3256809340746 811 | | USD802649 |
| | | | | 3256809340795 737 | | USD802649 |
| | | | | 3256809340862 450 | | USD802649 |
| | | | | 3256809340881 425 | | USD802649 |
| | | | | 3256809340940 365 | | USD802649 |
| 21 | Aliexpress | Shop110468068 4 Store | 1104677734 | 3256809046583 819 | | USD802649 |
| 22 | Aliexpress | YLOVETOYS Treasure Box Official Store | 1104776323 | 3256809283057 213 | | USD802649 |
| | | | | 3256809283225 684 | | USD802649 |
| 23 | Aliexpress | ZireTech Store | 1104886327 | 3256809068221 968 | | USD802649 |
| 24 | Amazon | zoey666 | A11JYLZJE478K6 | B0CQ1LD325 | | USD802649 |
| 25 | Amazon | ZXZone US | A1269EKJAUV6O C | B0FC2CNC3H | | USD802649 |
| | | | | B0F9PQ4M22 | | USD802649 |
| | | | | B0F3WRBNMH | | USD802649 |
| | | | | B0F3WR6569 | | USD802649 |
| | | | | B0F3WR3NCR | | USD802649 |
| | | | | B0F3WQGBQX | | USD802649 |
| | | | | B0DMNFGMBD | | USD802649 |
| | | | | B0DMND53H3 | | USD802649 |
| | | | | B0DMNCRZ1M | | USD802649 |
| | | | | B0DMNCFLL3 | | USD802649 |
| 26 | Amazon | wuhuwangyoufu dianzishangwu | A14CIDXVIB1XX X | B0DWLJ9Q86 | | USD802649 |
| 27 | Amazon | Xicchekai | A1BV5WVO8426 GB | B0DJDNFC98 | | USD802649 |
| 28 | Amazon | xiamenshisiming qugezhengweish | A1EEO5382NYQ PL | B0DN21P7RJ | | USD802649 |

| | | angmaodian(ger enduzi) | | | | |
|---|---|---|---|---|---|---|
| 29 | Amazon | LT-Easiyl | A1MJ9IM7UDA8K U | B0D83PQ62C | | USD802649 |
| 30 | Amazon | LVYINCHUANGF U | A1TPEQBMHBO NKQ | B0D8FVB4YF | | USD802649 |
| 31 | Amazon | Maple live | A1V7HKLE78AK WY | B0FC6KTRM3 | | USD802649 |
| 32 | Amazon | efancy | A1Y4XDIUIWK2FI | B0DPN9P5LM | | USD802649 |
| 33 | Amazon | Dakk | A232TOMXVRCE XE | B0DDKP7BQ8 | | USD802649 |
| | | | | B0DDKQ2ZT8 | | USD802649 |
| 34 | Amazon | Xnaidzvs | A247PT7Z3538K M | B0DS9VZDFV | | USD802649 |
| | | | | B0DS9WM69Z | | USD802649 |
| 35 | Amazon | Ranjin Technology | A2EU5MYJNKS2 VP | B0DB5XR5MK | | USD802649 |
| | | | | B0D6L2V28R | | USD802649 |
| | | | | B0D6KZF61C | | USD802649 |
| 36 | Amazon | quality day | A2GRQJ5OTT1O 4K | B0DP25H7WK | | USD802649 |
| 37 | Amazon | JingTaiy | A2HPJ5SWOYKU 80 | B0DT4MW6SK | | USD802649 |
| 38 | Amazon | 远铭达贸易有限 公司 | A2K6XMZ1PDUH 9N | B0FCLXB3QR | | USD802649 |
| | | | | B0FCLWMFCN | | USD802649 |
| 39 | Amazon | KUMADAISIKI | A2KZPYLRLD84F 8 | B0D7H3TQ7K | | USD802649 |
| 40 | Amazon | WHISURN US | A2MV8RH4NDL QGC | B0DNMNWVXC | | USD802649 |
| | | | | B0DNMNFQ54 | | USD802649 |
| | | | | B0DNMLC2D7 | | USD802649 |
| | | | | B0DNMKZ7L8 | | USD802649 |
| | | | | B0DNMK2YWK | | USD802649 |
| 41 | Amazon | Videomans | A2N122QCIHCQ YX | B0CKW3S9N1 | | USD802649 |
| 42 | Amazon | Walway Tech | A2QE2TNHG5I66 V | B0DQYSMJ6B | | USD802649 |
| 43 | Amazon | LZHRISING | A2RG3Y2UAMTD XE | B0F3JB6N38 | | USD802649 |
| | | | | B0F3JBY9BC | | USD802649 |

| | | | | B0F3JC715L | | USD802649 |
|---|---|---|---|---|---|---|
| | | | | B0F3JCVHNG | | USD802649 |
| | | | | B0F3JD8NTC | | USD802649 |
| | | | | B0F3JDPPXH | | USD802649 |
| | | | | B0F3JFPCPN | | USD802649 |
| 44 | Amazon | VOVMOEYA-US | A2S0FYUVJCGN63 | B0CTY78KSM | | USD802649 |
| | | | | B0CTY8C25V | | USD802649 |
| | | | | B0CTY73XK4 | | USD802649 |
| | | | | B0CTY71WNF | | USD802649 |
| | | | | B0DJY63MZG | | USD802649 |
| | | | | B0CTY7FTQC | | USD802649 |
| | | | | B0CTY77XCL | | USD802649 |
| 45 | Amazon | HIGOODS | A34UMKG989TJNX | B0F63Q6T3P | | USD802649 |
| 46 | Amazon | Senle Trading Co., Ltd. | A38KLIR4P6NBC9 | B0D477V9YZ | | USD802649 |
| | | | | B0D477T9GQ | | USD802649 |
| | | | | B0D477BR4T | | USD802649 |
| | | | | B0D4775LX5 | | USD802649 |
| | | | | B0D46VRYCK | | USD802649 |
| | | | | B0DFCZTMBR | | USD802649 |
| | | | | B0DFD2J1JF | | USD802649 |
| | | | | B0DFD2CPM4 | | USD802649 |
| | | | | B0DFD29WWJ | | USD802649 |
| | | | | B0DFD2Q9SF | | USD802649 |
| | | | | B0CY2ZV3N8 | | USD802649 |
| | | | | B0DFD2Y9TZ | | USD802649 |
| | | | | B0DFD3KR65 | | USD802649 |
| | | | | B0DFD41TW3 | | USD802649 |
| | | | | B0F4DXK2FR | | USD802649 |
| | | | | B0F4F145C6 | | USD802649 |
| | | | | B0F4F1K7G8 | | USD802649 |
| | | | | B0F4F4KYML | | USD802649 |

| | | | | B0F5BVJ5XH | | USD802649 |
|---|---|---|---|---|---|---|
| | | | | B0FG72H9J8 | | USD802649 |
| 47 | Amazon | MyGiGi | A3AAN82W3CA2ZP | B0F4D481JF | | USD802649 |
| | | | | B0F4D5BY7R | | USD802649 |
| 48 | Amazon | fosa227 | A3EQQ4ATJVLI3U | B0DJ2YSXV9 | | USD802649 |
| 49 | Amazon | Micro Traders | A3FAG29GGXU06M | B0DCJ3L98S | | USD802649 |
| 50 | Amazon | Enkesai | A3HPPAHZ3KDN8C | B0DX6XT1VD | | USD802649 |
| 51 | Amazon | Geyrut | A3IS6BS8NJ2D96 | B0DRJXCVV1 | | USD802649 |
| | | | | B0DRJXWPS5 | | USD802649 |
| | | | | B0DRJXXL9R | | USD802649 |
| | | | | B0DRJZ171G | | USD802649 |
| | | | | B0DRK1FHBF | | USD802649 |
| 52 | Amazon | DGFMSM | A3ISSAWE1AYOMD | B0DL5M9GHG | | USD802649 |
| 53 | Amazon | Treat Sincerely | A3N6DEZQ1H5ULQ | B0DG8X6BLQ | | USD802649 |
| | | | | B0DG932FRF | | USD802649 |
| | | | | B0DHGBW98K | | USD802649 |
| | | | | B0DPKW7DZZ | | USD802649 |
| 54 | Amazon | Jazutaq | A3V1ZMEU8WRGSU | B0DNT18DFN | | USD802649 |
| 55 | Amazon | Zhiyavex-US | A7W7B1G55TXDF | B0DJ7Z1213 | | USD802649 |
| 56 | Amazon | A-Dreams | ACXKBKQKWYKG0 | B0DS63MT2L | | USD802649 |
| | | | | B0DS63N5TX | | USD802649 |
| | | | | B0DS64SW5D | | USD802649 |
| | | | | B0DS65GC43 | | USD802649 |
| 57 | Amazon | Smidaben | ADLINVQVAOU33 | B0DMVBVKHQ | | USD802649 |
| | | | | B0DN1GJ1VT | | USD802649 |
| 58 | Amazon | MDAOCRY | ADU0D0V9JHEE3 | B0D6FT2NGD | | USD802649 |
| 59 | Amazon | Situken | ARPATJHGMI4U9 | B0FBKVBRQN | | USD802649 |

| | | | | B0FBKWG97M | | USD802649 |
|---|---|---|---|---|---|---|
| 60 | Amazon | ZACHYOLIK | AVS6XUTAS1HPG | B0DWLJ9Q86 | | USD802649 |
| 61 | Amazon | SOROS | AWHPP0851IO04 | B0DLTDYHMV | | USD802649 |
| 62 | Amazon | SEVENspace | AXKYF7QBBWCC | B0DGSW6QPW | | USD802649 |
| 63 | Amazon | FHHT | AY61WNIPC5PG | B0D97YPSP5 | | USD802649 |
| 64 | eBay | aoyi | aoyitoponestar7 | 306235734923 | | USD802649 |
| 65 | eBay | attraction4uk | attraction4uk | 375937619454 | | USD802649 |
| 66 | eBay | camin2000 | caminwood | 395265066750 | | USD802649 |
| 67 | eBay | campal_uk | campal_uk | 305923644801 | | USD802649 |
| 68 | eBay | cjhs4514 | cjhs4514 | 316336425577 | | USD802649 |
| | | | | 316346256225 | | USD802649 |
| | | | | 316379664471 | | USD802649 |
| | | | | 316387202675 | | USD802649 |
| | | | | 316496448808 | | USD802649 |
| 69 | eBay | daily_focus | daily_focus | 276812670608 | | USD802649 |
| | | | | 276818015082 | | USD802649 |
| | | | | 276896142151 | | USD802649 |
| | | | | 276896316652 | | USD802649 |
| | | | | 277013764218 | | USD802649 |
| | | | | 277013772004 | | USD802649 |
| | | | | 286258830425 | | USD802649 |
| 70 | eBay | dh_camera | dh_camera | 395772521466 | | USD802649 |
| | | | | 395773201248 | | USD802649 |
| | | | | 395782151686 | | USD802649 |
| | | | | 395783625291 | | USD802649 |
| | | | | 395787087139 | | USD802649 |
| | | | | 395742344787 | | USD802649 |
| 71 | eBay | dongfang2 | dongfang2 | 405559822034 | | USD802649 |
| 72 | eBay | Malfurion Official Store | dongguanshilonglish_0 | 388173883887 | | USD802649 |
| | | | | 388173924456 | | USD802649 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | 388212734255 | | USD802649 |
| | | | | 388212742774 | | USD802649 |
| | | | | 388237347785 | | USD802649 |
| 73 | eBay | gadgetshop10 | gadgetshop10 | 197184973494 | | USD802649 |
| | | | | 205524611772 | | USD802649 |
| 74 | eBay | global_selection | goodiesselection | 356707063149 | | USD802649 |
| 75 | eBay | hi.jealous | hi.jealous | 146039663393 | | USD802649 |
| 76 | eBay | hotsellers_2010 | hotsellers_2010 | 304971695415 | | USD802649 |
| | | | | 305349666160 | | USD802649 |
| | | | | 305373091482 | | USD802649 |
| 77 | eBay | keepdoer | keepdoer | 296307256474 | | USD802649 |
| | | | | 296439197653 | | USD802649 |
| 78 | eBay | keren-store | keren-store | 176614736984 | | USD802649 |
| | | | | 176631951724 | | USD802649 |
| | | | | 176631995848 | | USD802649 |
| | | | | 176754173357 | | USD802649 |
| | | | | 176754173358 | | USD802649 |
| | | | | 177109583741 | | USD802649 |
| 79 | eBay | JZCamera | laye_1999 | 386566868956 | | USD802649 |
| | | | | 386567156623 | | USD802649 |
| | | | | 386577098093 | | USD802649 |
| | | | | 386846256111 | | USD802649 |
| | | | | 386846463630 | | USD802649 |
| | | | | 386965629051 | | USD802649 |
| | | | | 387125596645 | | USD802649 |
| | | | | 387254766588 | | USD802649 |
| | | | | 387125628529 | | USD802649 |
| 80 | eBay | lianhe02 | lianhe02 | 394888296292 | | USD802649 |
| | | | | 394894501840 | | USD802649 |
| | | | | 394894510998 | | USD802649 |
| | | | | 394894536521 | | USD802649 |

| | | | | 395348797336 | | USD802649 |
|---|---|---|---|---|---|---|
| | | | | 396615682996 | | USD802649 |
| 81 | eBay | lj_camera | lj_camera | 296767973086 | | USD802649 |
| 82 | eBay | dongguanshilonglish_0 | malfurionofficial store | 388173875684 | | USD802649 |
| | | | | 388630825153 | | USD802649 |
| | | | | 388630799890 | | USD802649 |
| 83 | eBay | mintgreenjp | mintgreenjapan | 306368514888 | | USD802649 |
| 84 | eBay | Sarah Digital Store | nanyangyangshengshang0 | 126953618046 | | USD802649 |
| 85 | eBay | oriental_selection | orientalselection | 375562107861 | | USD802649 |
| | | | | 375717862332 | | USD802649 |
| | | | | 376086266518 | | USD802649 |
| | | | | 376086271493 | | USD802649 |
| | | | | 376086360576 | | USD802649 |
| | | | | 376086559825 | | USD802649 |
| | | | | 376093705620 | | USD802649 |
| | | | | 376086257883 | | USD802649 |
| 86 | eBay | popcoolstart | popcoolstart | 197132230037 | | USD802649 |
| | | | | 197132254601 | | USD802649 |
| | | | | 197132240784 | | USD802649 |
| | | | | 197132239744 | | USD802649 |
| | | | | 197132231394 | | USD802649 |
| 87 | eBay | powermaker | powermaker | 146099957277 | | USD802649 |
| 88 | eBay | pro_outdoor_us | prooutdoorus | 376206670287 | | USD802649 |
| 89 | eBay | RE Antenna | reantenna | 277278368509 | | USD802649 |
| 90 | eBay | roconp_store | roconp_store | 203926931795 | | USD802649 |
| 91 | eBay | nanyangyangshengshang0 | sarahdigitalstore | 126946538921 | | USD802649 |
| 92 | eBay | shimadastore | shimadastore | 388629817995 | | USD802649 |
| | | | | 388629382114 | | USD802649 |
| | | | | 388629747064 | | USD802649 |
| | | | | 388629239392 | | USD802649 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | 388630654166 | | USD802649 |
| | | | | 388629382129 | | USD802649 |
| | | | | 388629653843 | | USD802649 |
| | | | | 388630062305 | | USD802649 |
| | | | | 388630027043 | | USD802649 |
| | | | | 388629382124 | | USD802649 |
| | | | | 388629435051 | | USD802649 |
| | | | | 388629139470 | | USD802649<br>USD839947 |
| | | | | 388629435057 | | USD802649 |
| | | | | 388629579110 | | USD802649 |
| | | | | 388629239387 | | USD802649 |
| | | | | 388629902464 | | USD802649 |
| | | | | 388629747061 | | USD802649 |
| | | | | 388629382119 | | USD802649<br>USD839947 |
| | | | | 388629653845 | | USD802649 |
| | | | | 388630027037 | | USD802649 |
| | | | | 388629653839 | | USD802649 |
| | | | | 388629579102 | | USD802649 |
| | | | | 388629579103 | | USD802649 |
| | | | | 388629435060 | | USD802649 |
| | | | | 388629435066 | | USD802649 |
| | | | | 388629239381 | | USD802649 |
| | | | | 388629208213 | | USD802649 |
| | | | | 388629936639 | | USD802649 |
| | | | | 388629046108 | | USD802649 |
| | | | | 388629886120 | | USD802649 |
| 93 | eBay | shomart20 | shomart20 | 225784544579 | | USD802649 |
| | | | | 225784528423 | | USD802649 |
| | | | | 226756202214 | | USD802649 |
| | | | | 226100700104 | | USD802649 |
| | | | | 225779784703 | | USD802649 |

| 94 | eBay | snapandsnap | snapandsnap | 127009156201 | | USD802649 |
|---|---|---|---|---|---|---|
| 95 | eBay | sunshines68 | sunshines68 | 296353859323 | | USD802649 |
| 96 | eBay | rickywong168 | superqualitysho p168 | 316739793176 | | USD802649 |
| 97 | eBay | szsosowin | szsowin | 226112338097 | | USD802649 |
| 98 | eBay | t.jsales | t.jsales | 388733472858 | | USD802649 |
| 99 | eBay | triple999 | triple999 | 355647863033 | | USD802649 |
| | | | | 355044608295 | | USD802649 |
| | | | | 356905518265 | | USD802649 |
| | | | | 355051552423 | | USD802649 |
| | | | | 355051522786 | | USD802649 |
| | | | | 355051511670 | | USD802649 |
| 100 | eBay | tyuiuuyte | tyuiuuyte | 375867645774 | | USD802649 |
| | | | | 375779647619 | | USD802649 |
| | | | | 375777529884 | | USD802649 |
| | | | | 375764988831 | | USD802649 |
| | | | | 375867642992 | | USD802649 |
| 101 | eBay | vipmedical | vipmedical | 135664033911 | | USD802649 |
| 102 | eBay | vstarcamera | vscamera | 387434724305 | | USD802649 |
| 103 | eBay | yelfoto-pro | yelfotopro | 187263168012 | | USD802649 |
| | | | | 177131750829 | | USD802649 |
| | | | | 177131731075 | | USD802649 |
| | | | | 187263167446 | | USD802649 |
| | | | | 187263166337 | | USD802649 |
| | | | | 177131747583 | | USD802649 |
| | | | | 177131733353 | | USD802649 |
| | | | | 177131732165 | | USD802649 |
| 104 | eBay | honwa_0 | yestingstore | 305838351180 | | USD802649 |
| 105 | eBay | yiwushichangxiaf -0 | yiwushichangxiaf 0 | 396294774220 | | USD802649 |
| 106 | eBay | yiwushilianliugo ngch-0 | zhengkaizhu | 396331279670 | | USD802649 |
| 107 | eBay | yiwushizhuihedia | zhonghaozhu | 396733271722 | | USD802649 |

| | | nzi0 | | | | |
|---|---|---|---|---|---|---|
| 108 | Etsy | BLWleather | BLWleather | 1192700847 | | USD802649 |
| 109 | Etsy | BokehCameraStraps | BokehCameraStraps | 4306314374 | | USD802649 |
| | | | | 1755899559 | | USD802649 |
| | | | | 1578740177 | | USD802649 |
| | | | | 1564608520 | | USD802649 |
| | | | | 1564607138 | | USD802649 |
| | | | | 1361448831 | | USD802649 |
| | | | | 1205562891 | | USD802649 |
| | | | | 1193518732 | | USD802649 |
| 110 | Etsy | FeifeiDesignStudio | FeifeiDesignStudio | 1784249641 | | USD802649 |
| | | | | 1783743117 | | USD802649 |
| | | | | 1774513290 | | USD802649 |
| | | | | 1771618478 | | USD802649 |
| | | | | 1769554604 | | USD802649 |
| 111 | Etsy | PlusDesignCrafts | PlusDesignCrafts | 4321056086 | | USD802649 |
| 112 | Etsy | POKALEATHER | POKALEATHER | 1815256012 | | USD802649 |
| | | | | 1692134771 | | USD802649 |
| 113 | Etsy | ShadowcastCrafts | ShadowcastCrafts | 1760811593 | | USD802649 |
| | | | | 1749090035 | | USD802649 |
| 114 | Etsy | strapnstyles | strapnstyles | 4324863896 | | USD802649 |
| | | | | 4325991421 | | USD802649 |
| | | | | 4322454089 | | USD802649 |
| | | | | 4309144656 | | USD802649 |
| | | | | 1789436736 | | USD802649 |
| | | | | 1789434860 | | USD802649 |
| | | | | 1722969565 | | USD802649 |
| | | | | 1707782416 | | USD802649 |
| | | | | 1671032515 | | USD802649 |
| | | | | 1631687417 | | USD802649 |
| | | | | 1608572033 | | USD802649 |

| 115 | Etsy | ZUKASTRAPS | ZUKASTRAPS | 974904603 | | USD802649 |
|---|---|---|---|---|---|---|
| 116 | Other | Decisive Moment | decisivemoment.com.au | fluxo-leather-wrist-strap | | USD802649 |
| | | | | pd-style-anchor-links-1-pair | | USD802649 |
| 117 | Other | EPCMolding | epcmolding.com | product-p-545810 | Peak Design | USD802649 |
| 118 | Other | Excelia | excelia | product-p-183008 | | USD802649 |
| 119 | Other | Ibspot | ibspot | kasesss-8-pcs-camera-strap-quick-release-adapter-universal-camera-strap-rapid-connectors-strong-peak-design-anchor-links-buckle-replaceable-peak-design-camera-strap-clips-for-dslr-digital-cameras | Peak Design | USD802649 |
| 120 | Other | Shashinki | shashinki | proocam-dcs-10-slr-dslr-camera-strap-quick-release-clips-neck-shoulder-for-camera-p-59078 | | USD802649 |
| 121 | Other | Simplecircle | simplecircle | product-p-869686 | | USD802649 |
| 122 | Shopify | Haoge Photography Accessory | haogefoto.com | haoge-chs-07r-camera-wrist-band-quick-release-wrist-strap-safety-tether-for-gopro-dslr-fuji-canon-and-mirrorless-cameras-red | | USD802649 |
| | | | | haoge-chs-07b- | | USD802649 |

| | | | | camera-wrist-band-quick-release-wrist-strap-safety-tether-for-gopro-dslr-fuji-canon-and-mirrorless-cameras-black | | |
|---|---|---|---|---|---|---|
| 123 | Shopify | Italycamerastrap | italycamerastrap.com | peak-design-quick-release | | USD802649 |
| 124 | Shopify | Leaject | leaject.com | mini-dermatino-louri-mixanis | | USD802649 |
| 125 | Shopify | Outdoor Camera Club | outdoorcameraclub.com | camera-strap | | USD802649 |
| 126 | Shopify | Proconstore | proconstore.com | universal-camera-strap-with-quick-release-for-gopro-insta360-dslr-action-camera | | USD802649 |
| 127 | Shopify | Wildbarc | wildbarc.com | wildbarc-camera-strap | | USD802649 |
| 128 | Temu | Fropa | 22586765952 | 601099855511576 | | USD802649 |
| 129 | Temu | HWD Photography Accessories | 266251130639 | 601100431336410 | | USD802649 |
| | | | | 601100182082182 | | USD802649 |
| | | | | 601100181806787 | | USD802649 |
| | | | | 601100152568481 | | USD802649 |
| | | | | 601099888671550 | | USD802649 |
| 130 | Temu | Dongdong | 308832060966 | 601100682038635 | | USD802649 |
| 131 | Temu | Qi Shan Yuan | 3238178524357 | 601100655143255 | | USD802649 |
| | | | | 601100099622742 | | USD802649 |

| 132 | Temu | ALINBAR | 40576339003 | 601101172799449 | | USD802649 |
|---|---|---|---|---|---|---|
| | | | | 601100426387941 | | USD802649 |
| 133 | Temu | QT FASHION and GIFT | 4620999502155 | 601099601381273 | | USD802649 |
| | | | | 601100288863009 | | USD802649 |
| | | | | 601100126959624 | | USD802649 |
| 134 | Temu | Elephantidae studio | 536262538855 | 601099647240477 | | USD802649 |
| 135 | Temu | Baobi | 5688496733251 | 601100144823249 | | USD802649 |
| 136 | Temu | Akli | 634418210627809 | 601100137278734 | | USD802649 |
| 137 | Temu | YDDN | 634418210641950 | 601099832332335 | | USD802649 |
| 138 | Temu | RHFG | 634418210689046 | 601100939192545 | | USD802649 |
| 139 | Temu | nicestone | 634418210743679 | 601100416096173 | | USD802649 |
| 140 | Temu | lotUP | 634418210972529 | 601099620927850 | | USD802649 |
| 141 | Temu | SMARR | 634418211242817 | 601100439581977 | | USD802649 |
| 142 | Temu | snowzzzz | 634418211309925 | 601099637222406 | | USD802649 |
| 143 | Temu | Xixigroceries | 634418211371794 | 601099864936724 | | USD802649 |
| 144 | Temu | FFT | 634418211910501 | 601100424637822 | | USD802649 |
| 145 | Temu | BerlinZh | 634418212057605 | 601099551402767 | | USD802649 |
| 146 | Temu | TUFEIMJ | 634418212322746 | 601099599469264 | | USD802649 |
| 147 | Temu | lhrong | 634418212827171 | 601099710198400 | | USD802649 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 148 | Temu | CYUNLAI SHOP | 634418213763476 | 601100096039680 | | USD802649 |
| 149 | Temu | HMZMPA | 634418213784360 | 601100610867455 | | USD802649 |
| 150 | Temu | XJIANBO SHOP | 634418213816156 | 601099984742725 | | USD802649 |
| | | | | 601102091340690 | | USD802649 |
| 151 | Temu | CMEIMEI SHOP | 634418213817802 | 601099551502872 | | USD802649 |
| 152 | Temu | LXIAOM SHOP | 634418213832851 | 601099633276930 | | USD802649 |
| 153 | Temu | ZHONGJV | 634418213868271 | 601100355681212 | | USD802649 |
| 154 | Temu | Mu te Photography | 634418213905411 | 601101943758733 | | USD802649 |
| 155 | Temu | XYUNFENG SHOP | 634418213953652 | 601102092466217 | | USD802649 |
| 156 | Temu | JLC BUSINESS | 634418213989025 | 601101409206178 | | USD802649 |
| 157 | Temu | bitefuSMX | 634418214075026 | 601099559627313 | | USD802649 |
| 158 | Temu | TanTuDM | 634418214394111 | 601100131308565 | | USD802649 |
| 159 | Temu | kako lele | 634418214412938 | 601099595291111 | | USD802649 |
| 160 | Temu | XJ Ecommerce | 634418214883816 | 601099599230695 | | USD802649 |
| 161 | Temu | VNVETYTO | 634418215404170 | 601100926031128 | | USD802649 |
| | | | | 601101127986089 | | USD802649 |
| 162 | Temu | Ling StoreA | 634418215425701 | 601099700339312 | | USD802649 |
| 163 | Temu | Dream realization cabin local | 634418216256319 | 601100156721979 | | USD802649 |
| 164 | Temu | Phoenix StoreA | 634418216414511 | 601100630761269 | | USD802649 |

| 165 | Temu | Pipi Fun Shop | 634418216596967 | 601099652536258 | | USD802649 |
| 166 | Temu | Household goods factory | 634418216820734 | 601099621772858 | | USD802649 |
| 167 | Temu | Sunrise Nature | 634418216875686 | 601100082454332 | | USD802649 |
| 168 | Temu | Comfypro | 634418216916963 | 601099620054621 | | USD802649 |
| | | | | 601099620066358 | | USD802649 |
| 169 | Temu | ZEVO Home | 634418216939480 | 601101428356967 | | USD802649 |
| 170 | Temu | Pitaya Hoting | 634418217221907 | 601100978792353 | | USD802649 |
| 171 | Temu | Renjin Trading Co LTD B | 634418217263308 | 601102050785731 | | USD802649 |
| 172 | Temu | YST Supplies | 634418217890919 | 601100318638432 | | USD802649 |
| | | | | 601101173050030 | | USD802649 |
| 173 | Temu | LL Tool House | 634418217893733 | 601100464230445 | | USD802649 |
| 174 | Temu | Wanxu Outdoor Water Cup | 634418217922283 | 601102050157164 | | USD802649 |
| 175 | Temu | Digital Action Sport | 634418218120975 | 601100047307553 | | USD802649 |
| 176 | Temu | Daniell | 634418218221166 | 601101616996949 | | USD802649 |
| 177 | Temu | SUNNYGROCERY | 634418218624638 | 601099923309334 | | USD802649 |
| 178 | Temu | Secret Gallery | 634418218754282 | 601100146407336 | | USD802649 |
| 179 | Temu | Cgq shop | 634418219355007 | 601099807730272 | | USD802649 |
| 180 | Temu | OnlineMarkets | 634418219383528 | 601099923164187 | | USD802649 |
| 181 | Temu | BestHomeLifeMall | 634418219386021 | 601099978200891 | | USD802649 |

| 182 | Temu | FYINAN | 634418219407442 | 601100550353699 | | USD802649 |
|---|---|---|---|---|---|---|
| 183 | Temu | TuoYi Photography Equipment | 634418219680847 | 601100574970716 | | USD802649 |
| | | | | 601100619091111 | | USD802649 |
| 184 | Temu | LXH Photography Accessories | 634418219719147 | 601101663945889 | | USD802649 |
| | | | | 601101663743695 | | USD802649 |
| | | | | 601101663733783 | | USD802649 |
| | | | | 601101663970796 | | USD802649 |
| | | | | 601101664055485 | | USD802649 |
| | | | | 601101663673875 | | USD802649 |
| | | | | 601101663389705 | | USD802649 |
| | | | | 601101663300142 | | USD802649 |
| | | | | 601102497579765 | | USD802649 |
| 185 | Temu | AymiM | 634418220984058 | 601100548252556 | | USD802649 |
| 186 | Temu | ZZkeji | 634418221006485 | 601100630220399 | | USD802649 |
| 187 | Temu | DLCS | 634418221225519 | 601100137566841 | | USD802649 |
| 188 | Temu | OIEHOR | 634418221244946 | 601102153196505 | | USD802649 |
| | | | | 601102141241010 | | USD802649 |
| | | | | 601102137342998 | | USD802649 |
| | | | | 601101976885079 | | USD802649 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  | 601101975698118 |  | USD802649 |
|  |  |  |  | 601101825735559 |  | USD802649 |
|  |  |  |  | 601101825636422 |  | USD802649 |
|  |  |  |  | 601101824645481 |  | USD802649 |
|  |  |  |  | 601101824497218 |  | USD802649 |
|  |  |  |  | 601101771577663 |  | USD802649 |
|  |  |  |  | 601101766732499 |  | USD802649 |
|  |  |  |  | 601101766616543 |  | USD802649 |
|  |  |  |  | 601101742493290 |  | USD802649 |
|  |  |  |  | 601101718564988 |  | USD802649 |
|  |  |  |  | 601101706106631 |  | USD802649 |
|  |  |  |  | 601101369473937 |  | USD802649 |
| 189 | Temu | FDERGVD | 634418222107503 | 601102050072504 |  | USD802649 |
| 190 | Temu | YX Photography Accessories | 634418222647020 | 601100685344798 |  | USD802649 |
| 191 | Temu | BINGkeSHOP | 634418222669191 | 601102287807918 |  | USD802649 |
| 192 | Temu | Renqiang Department | 634418222732402 | 601102049568796 |  | USD802649 |
| 193 | Temu | yyjli | 634418222791998 | 601101637625947 |  | USD802649 |
| 194 | Temu | yuanar | 634418223103489 | 601101256072338 |  | USD802649 |
| 195 | Temu | FAWN Department Shop | 634418223136503 | 601101044633405 |  | USD802649 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 196 | Temu | UByTo | 6344182236012 32 | 6011017051055 01 | | USD802649 |
| | | | | 6011017049860 08 | | USD802649 |
| | | | | 6011012332193 88 | | USD802649 |
| | | | | 6011012330893 78 | | USD802649 |
| | | | | 6011012329394 97 | | USD802649 |
| | | | | 6011011300453 40 | | USD802649 |
| 197 | Temu | LAJSBW | 6344182236455 94 | 6011013565468 85 | | USD802649 |
| 198 | Temu | Beautiful Time Shopping Mall | 6344182237569 77 | 6011025135442 86 | | USD802649 |
| 199 | Temu | ElectroDesk Essentials | 6344182240111 50 | 6011015970389 41 | | USD802649 |
| 200 | Temu | RSJY | 6344182240234 02 | 6011017383240 33 | | USD802649 |
| 201 | Temu | CHENHONGJUA NABC | 6344182240354 07 | 6011016561118 49 | | USD802649 |
| 202 | Temu | qiziniupi | 6344182242462 15 | 6011020511019 72 | | USD802649 |
| 203 | Temu | Trustself | 6344182243380 79 | 6011021727949 24 | | USD802649 |
| 204 | Temu | HININISHOP | 6344182246951 80 | 6011023687870 18 | | USD802649 |
| 205 | Temu | SunnyNest Market | 6344182247042 51 | 6011024284205 68 | PD Peak Design | USD802649 |
| 206 | Temu | May you be safe and well | 6344182247118 43 | 6011021240238 07 | | USD802649 |
| 207 | Temu | jiaoxianghuiyingd exiaodian | 6344182247147 85 | 6011020095584 74 | | USD802649 |
| 208 | Temu | LIMINGZHIo | 6344182250455 46 | 6011023332718 66 | | USD802649 |
| 209 | Temu | hengshengsshop May | 6344182250938 15 | 6011026916522 27 | | USD802649 |

| 210 | Temu | BXHMYUS | 634418225219001 | 601102421831811 | | USD802649 |
|-----|------|---------|-----------------|-----------------|------|-----------|
| 211 | Walmart | foshanshijiadanhumaoyi | 102479319 | 11656461543 | Peak Design | USD802649 |
| 212 | Walmart | LiLiang | 102524813 | 15015113144 | | USD802649 |
| 213 | Walmart | yaoxw | 102616444 | 15384868382 | | USD802649 |
| 214 | Walmart | jiamingstore | 102618718 | 15697820680 | | USD802649 |
| | | | | 15700811088 | | USD802649 |
| 215 | Walmart | yuanye | 102721333 | 15990706838 | | USD802649 |
| 216 | Walmart | xijueshop | 102812223 | 14920762502 | | USD802649 |
| 217 | Walmart | lijunstore | 102914913 | 14920762502 | | USD802649 |