# Exhibit 1

US00D802649S

(12) **United States Design Patent**
Dering et al.

(10) Patent No.: **US D802,649 S**
(45) Date of Patent: ** **Nov. 14, 2017**

(54) **CAMERA ATTACHMENT ANCHOR**

(71) Applicant: **Peak Design**, San Francisco, CA (US)

(72) Inventors: **Peter Dering**, San Francisco, CA (US);
**Art Viger**, San Francisco, CA (US);
**Mike Holmberg**, San Francisco, CA
(US)

(73) Assignee: **Peak Design**, San Francisco, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/553,446**

(22) Filed: **Feb. 1, 2016**

**Related U.S. Application Data**

(63) Continuation of application No. 14/062,890, filed on
Oct. 25, 2013, now Pat. No. 9,247,787.

(51) **LOC (10) Cl.** .............................................. **16-05**
(52) **U.S. Cl.**
USPC ...................................................... **D16/237**
(58) **Field of Classification Search**
USPC ............... D16/200, 208, 213–219, 235, 237,
D16/238–250; D14/209, 217, 224, 251;
D8/307, 310, 349, 364, 381, 383, 384
CPC ...... G03B 17/14; G03B 17/56; G03B 17/561;
G03B 17/568; G03B 7/00–7/002; G03B
7/02–7/04; G03B 15/041–15/0436; F16M
11/02; F16M 11/04; F16M 11/20; F16M
11/40
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,550,904 | A | 8/1925 | Jones et al. | |
| 1,562,521 | A | 11/1925 | Schlegel | |
| 5,150,504 | A | 9/1992 | Cohen | |
| 5,699,591 | A | 12/1997 | Kane | |
| D390,128 | S | * 2/1998 | Toribio | D10/32 |
| 5,784,760 | A | 7/1998 | Leitzke et al. | |
| D481,234 | S | * 10/2003 | Lai | D6/524 |
| 6,718,600 | B1 | 4/2004 | Gillis | |
| D505,483 | S | * 5/2005 | Bayer | D23/252 |

(Continued)

FOREIGN PATENT DOCUMENTS

KR      3020130045340      * 9/2013

OTHER PUBLICATIONS

Peak Design Leash Camera Strap. [online] published date Dec. 31,
2014. Retrieved on Mar. 28, 2017 from <URL: https://www.ama-
zon.com/Peak-Design-Leash-Camera-Strap/dp/B011XMVW2S/
ref=sr_1_1?ie=UTF8&qid=1490716098&sr=8-1
&keywords=Peak+Design++L-2+Leash+Camera+Strap>.*

(Continued)

*Primary Examiner* — Vy Koenig
*Assistant Examiner* — Omeed Agilee
(74) *Attorney, Agent, or Firm* — Grumbles Law PLLC;
Brittany Nanzig

(57) **CLAIM**

The ornamental design for a camera attachment anchor, as
shown and described.

**DESCRIPTION**

FIG. **1** is a top plan view of a camera attachment anchor
showing our new design; the bottom plan view is a mirror
image of the top plan view.
FIG. **2** is a right side elevational view of the camera
attachment anchor; the left side elevational view is a mirror
image of the right side elevational view.
FIG. **3** is a front elevational view of the camera attachment
anchor.
FIG. **4** is a back elevational view of the camera attachment
anchor.
FIG. **5** is a top, right, and back perspective view of the
camera attachment anchor; and,

(Continued)



**US D802,649 S**

Page 2

FIG. **6** is a top, right, and front perspective view of the camera attachment anchor.

**1 Claim, 3 Drawing Sheets**

(56)    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,000,291 B2 | | 2/2006 | Fuller |
| D561,565 S | * | 2/2008 | Mitchell ........................ D8/358 |
| D563,214 S | * | 3/2008 | Yoshie ........................... D8/383 |
| D639,691 S | | 6/2011 | James ............................. D11/7 |
| D702,755 S | * | 4/2014 | Bould ........................... D16/237 |
| D703,267 S | * | 4/2014 | Harvey Pennaz ............. D19/86 |
| D729,655 S | * | 5/2015 | Bauer ............................ D10/70 |
| 2008/0263838 A1 | | 10/2008 | Shiue |
| 2009/0074399 A1 | | 3/2009 | Su et al. |
| 2010/0035666 A1 | | 2/2010 | Chang et al. |
| 2010/0054724 A1 | | 3/2010 | Chamberlayne |
| 2011/0290970 A1 | | 12/2011 | Fan |
| 2012/0311827 A1 | | 12/2012 | Wilson |
| 2013/0312232 A1 | | 11/2013 | Fujiwara |
| 2013/0340210 A1 | | 12/2013 | Giordano |
| 2014/0226962 A1 | | 8/2014 | Henry |
| 2014/0231482 A1 | | 8/2014 | Chamberlayne |
| 2014/0325795 A1 | | 11/2014 | Lin |
| 2015/0016813 A1 | | 1/2015 | Swaggart |

OTHER PUBLICATIONS

Flex Shower Mirror White. [online] published date unknown. Retrieved on Apr. 5, 2017 from <URL: http://www.umbra.com/usd/ bath/flex-no-rust-bath-accessories/flex-shower-mirr>.*
Jason W. San; Non-Final Office Action for U.S. Appl. No. 14/062,890; USPTO Communication; dated Apr. 7, 2015.

* cited by examiner

FIG. 1            FIG. 2




FIG. 3



FIG. 4



FIG. 5



FIG. 6



# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,511,399**

**Registered Jul. 10, 2018**

**Int. Cl.: 9, 18, 25, 35**

**Service Mark**

**Trademark**

**Principal Register**

Peak Design  (CALIFORNIA CORPORATION)
Suite 410
2325 3rd St. E
San Francisco, CALIFORNIA 94107

CLASS 9: Camera portability accessory, namely, a locking clip for attaching a camera; devices for hands-free use of photographic equipment, namely, cameras and camera lenses; bags and cases for cameras and photographic equipment; bags for computers; camera straps; waterproof covers for cameras; protective pads for camera lenses; wrist straps for carrying cameras

FIRST USE 7-26-2012, The mark was first used anywhere in a different form other than that sought to be registered at least as early as 06/22/2011.; IN COMMERCE 7-26-2012, The mark was first used in commerce in a different form other than that sought to be registered at least as early as 06/22/2011.

CLASS 18: All purpose carrying bags; courier bags; tote bags; all purpose sporting bags; backpacks; day packs; knapsacks; rucksacks; book bags; handbags; messenger bags; hip packs; shoulder bags; satchels; leather bags and backpacks; briefcases; purses; shoulder straps; straps for carrying cases

FIRST USE 6-18-2013; IN COMMERCE 6-18-2013

CLASS 25: Clothing, namely, t-shirts

FIRST USE 6-3-2013; IN COMMERCE 6-3-2013

CLASS 35: Online retail store services featuring camera portability accessories, namely, locking clips for attaching cameras, devices for hands-free use of photographic equipment, namely, cameras, bags and cases for cameras and photographic equipment, bags for computers, camera straps, waterproof covers for cameras, protective pads for camera lenses, all purpose carrying bags, courier bags, tote bags, all purpose sporting bags, backpacks, day packs, knapsacks, rucksacks, book bags, handbags, messenger bags, hip packs, shoulder bags, satchels, leather bags and backpacks, briefcases, purses, shoulder straps, straps for carrying cases, wrist straps, adjustable shoulder straps made from synthetic materials, excluding artificial leather, and having a quick-release connector for tethering or securing loads thereto, adjustable wrist straps made from synthetic materials, excluding artificial leather, and having a quick-release connector for tethering or securing loads thereto, and t-shirts

FIRST USE 11-30-2010, The mark was first used anywhere in a different form other than that sought to be registered at least as early as 06/22/2011; IN COMMERCE 11-30-2010, The mark was first used in commerce in a different form other than that sought to be registered at least as early as 06/22/2011



Director of the United States
Patent and Trademark Office

The mark consists of a stylized lowercase "p" to the upper left of a stylized lowercase "d".

OWNER OF U.S. REG. NO. 4216366

SER. NO. 87-524,951, FILED 07-12-2017

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# PEAK DESIGN

**Reg. No. 5,544,140**

**Registered Aug. 21, 2018**

**Int. Cl.: 9, 35**

**Service Mark**

**Trademark**

**Principal Register**

Peak Design  (CALIFORNIA CORPORATION)
Suite 410
2325 3rd St.
San Francisco, CALIFORNIA 94107

CLASS 9: Camera portability accessory, namely, a locking clip for attaching a camera; devices for hands-free use of photographic equipment, namely, cameras and camera lenses; bags and cases for cameras and photographic equipment; bags for computers; camera straps; waterproof covers for cameras; protective pads for camera lenses; wrist straps for carrying cameras

FIRST USE 6-22-2011; IN COMMERCE 6-22-2011

CLASS 35: Online retail store services featuring camera portability accessories, namely, locking clips for attaching cameras, devices for hands-free use of photographic equipment, namely, cameras, bags and cases for cameras and photographic equipment, bags for computers, camera straps, waterproof covers for cameras, protective pads for camera lenses, all purpose carrying bags, courier bags, tote bags, all purpose sporting bags, backpacks, day packs, knapsacks, rucksacks, book bags, handbags, messenger bags, hip packs, shoulder bags, satchels, leather bags and backpacks, briefcases, purses, shoulder straps, straps for carrying cases, wrist straps, adjustable shoulder straps made from synthetic materials, excluding artificial leather, and having a quick-release connector for tethering or securing loads thereto, adjustable wrist straps made from synthetic materials, excluding artificial leather, and having a quick-release connector for tethering or securing loads thereto, and t-shirts

FIRST USE 6-22-2011; IN COMMERCE 6-22-2011

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4216366

No claim is made to the exclusive right to use the following apart from the mark as shown: "DESIGN"

SER. NO. 87-577,580, FILED 08-21-2017



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

US00D839947S

(12) **United States Design Patent** (10) Patent No.: **US D839,947 S**

Cunningham et al. (45) Date of Patent: ** Feb. 5, 2019

(54) **QUICK RELEASE CAMERA STRAP**

(71) Applicant: **Peak Design**, San Francisco, CA (US)

(72) Inventors: **Joseph Cunningham**, San Francisco, CA (US); **Arthur Viger**, San Francisco, CA (US); **Peter Dering**, San Francisco, CA (US); **Peter Lockett**, Oakland, CA (US)

(73) Assignee: **Peak Design**, San Francisco, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/621,492**

(22) Filed: **Oct. 9, 2017**

(51) **LOC (11) Cl.** .............................................. **16-05**
(52) **U.S. Cl.**
USPC ......................................... **D16/237**; D16/243
(58) **Field of Classification Search**
USPC .......... D16/219, 237–250; D2/500–502, 626
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

D462,710 S * 9/2002 Babcock ........................ D17/20
D532,201 S * 11/2006 Esch ......................... A45F 3/14
D3/327
(Continued)

OTHER PUBLICATIONS

Peak Design Carrying Strap Black L-AS-3. [online] Published Aug. 14, 2017. Retrieved Oct. 12, 2018 from URL: https://www.bestbuy.com/site/peak-design-carrying-strap-gray/6067507.p?skuId=6067507.*

(Continued)

*Primary Examiner* — Vy N Koenig
(74) *Attorney, Agent, or Firm* — Grumbles Law PLLC; Brittany Nanzig; Paul Feng

(57) **CLAIM**

The ornamental design for a quick release camera strap, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective top and left side view of a quick release camera strap showing our new design.

FIG. **2** is a perspective bottom and left side view of the quick release camera strap.

FIG. **3** is a top plan view of a housing and corresponding strap portion of the quick release camera strap.

FIG. **4** is a bottom plan view of the housing and corresponding strap portion of the quick release camera strap.

FIG. **5** is an elevational left side view of the housing and corresponding strap portion of the quick release camera strap; the elevational right side view is a mirror image of the elevational left side view.

FIG. **6** is an elevational front view of the housing of the quick release camera strap.

FIG. **7** is a perspective top and left side view of the housing and corresponding strap portion of the quick release camera strap.

FIG. **8** is a perspective bottom and left side view of the housing and corresponding strap portion of the quick release camera strap.

FIG. **9** is a top plan view of a strap adjustor and corresponding strap portion of the quick release camera strap.

FIG. **10** is a bottom plan view of the strap adjustor and corresponding strap portion of the quick release camera strap.

FIG. **11** is an elevational left side view of the strap adjustor and corresponding strap portion of the quick release camera strap.

FIG. **12** is an elevational right side view of the strap adjustor and corresponding strap portion of the quick release camera strap.

FIG. **13** is a perspective top and left side view of the strap adjustor and corresponding strap portion of the quick release camera strap; and,

FIG. **14** is a perspective bottom and left side view of the strap adjustor and corresponding strap portion of the quick release camera strap.

(Continued)



## US D839,947 S

The lighter broken lines of the strap adjustor depict stitching and are part of the claimed design. The bold broken lines of the housing are for the purposes of illustrating environment and form no part of the claimed design.

**1 Claim, 7 Drawing Sheets**

(58) **Field of Classification Search**
CPC .. A45F 5/00; A45F 5/10; F16M 11/06; F16M 11/07; F16M 11/08; F16M 11/09; F16M 11/10; G03B 17/56; G03B 17/561; G03B 17/563; G03B 17/565; G03B 17/566; G03B 17/568; H04N 5/2253–5/2254
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D609,011 S | * | 2/2010 | Cucuzza ................... A45F 5/12 D3/327 |
| D623,860 S | * | 9/2010 | Kope ................... G03B 17/566 D3/327 |
| D673,994 S | * | 1/2013 | Geller ......................... D16/243 |
| D674,431 S | * | 1/2013 | Kim ............................ D16/243 |
| D683,384 S | * | 5/2013 | Swaggart ..................... D16/243 |
| D691,651 S | * | 10/2013 | Kim ............................ D16/242 |
| 8,840,532 B2 | * | 9/2014 | Hetrick ............ A44B 11/2557 482/126 |
| 9,185,965 B1 | * | 11/2015 | Bhati ......................... A45F 5/00 |
| D750,501 S | * | 3/2016 | Akana ........................... D9/722 |
| D794,110 S | * | 8/2017 | Swaggart ..................... D16/237 |
| D816,759 S | * | 5/2018 | Swaggart ..................... D16/243 |
| 2002/0030072 A1 | * | 3/2002 | Schleifer ............ A43B 5/0425 224/257 |
| 2003/0160078 A1 | * | 8/2003 | Godshaw ..................... A45F 3/14 224/607 |
| 2013/0233902 A1 | * | 9/2013 | Henry ......................... A45F 3/12 224/600 |
| 2015/0033510 A1 | * | 2/2015 | Nagi ......................... A45F 3/14 24/302 |

OTHER PUBLICATIONS

Magpul Industries Corp.; MS1 Sling; website; https://www.magpul.com/products/ms1-sling.
Peak Design; Peak Design Leash Camera Strap; website; https://www.amazon.com/Peak-Design-Leash-Camera-Strap/dp/B011XMVW2S.

* cited by examiner

U.S. Patent          Feb. 5, 2019          Sheet 1 of 7          US D839,947 S



FIG. 1

FIG. 2

Case: 1:25-cv-13523 Document #: 5-2 Filed: 11/04/25 Page 15 of 20 PageID #:1705



FIG. 3



FIG. 4



FIG. 5

 

FIG. 6



FIG. 7

FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13

FIG. 14