IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEAK DESIGN,<br><br>      Plaintiff,<br><br>      v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A,"<br><br>      Defendants. | Case No. 25-cv-13523<br><br>Judge Rebecca R. Pallmeyer<br>Magistrate Judge Keri L. Holleb Hotaling |

**ORDER EXTENDING TEMPORARY RESTRAINING ORDER**

THIS CAUSE being before the Court on Plaintiff Peak Design's ("Plaintiff") Motion to Extend the Temporary Restraining Order [13], and this Court having considered Plaintiff's motion and the record in this case, and finding good cause shown pursuant to Federal Rule of Civil Procedure 65(b)(2), hereby **ORDERS** as follows:

1. Plaintiff's Motion to Extend the Temporary Restraining Order is GRANTED.

2. The Temporary Restraining Order entered by this Court on January 14, 2026 [13] is hereby **EXTENDED** for an additional fourteen (14) days, through and including February 11, 2026, or until further order of the Court.

3. All provisions of the Temporary Restraining Order entered on January 14, 2026 [D.I. 13] shall remain in full force and effect during the extended period.

Dated: 1/27/2026

                                                          Rebecca R. Pallmeyer
                                                          United States District Judge