IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEAK DESIGN,<br><br>                            Plaintiff,<br><br>      v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>                          Defendants. | Case No. 25-cv-13523<br><br>Judge Rebecca R. Pallmeyer<br>Magistrate Judge Keri L. Holleb Hotaling |

**PLAINTIFF'S NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANTS**

Plaintiff Peak Design, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following Defendants (collectively, "Settling Defendants") with prejudice:

| Merchant Name | Defendant No. |
|---|---|
| LT-Easiyl | 29 |
| KUMADAISIKI | 39 |
| Micro Traders | 49 |
| camin2000 | 66 |
| daily_focus | 69 |
| popcoolstart | 86 |
| roconp_store | 90 |
| shimadastore | 92 |
| Decisive Moment | 116 |
| Italycamerastrap | 123 |
| Wildbarc | 127 |
| lijunstore | 217 |

Plaintiff is dismissing Settling Defendants because it has reached full settlement with them, the terms of which have been satisfied.

Settling Defendants have neither filed an answer to the complaint nor otherwise plead. Dismissal under Rule 41(a)(1) is therefore appropriate.

2

Dated: February 13, 2026            Respectfully submitted,

                                                          Peak Design,

                                                          By:  /s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 West Washington Street, Suite 800
Chicago, Illinois 60602
jjudge@fleneriplaw.com
(312) 724-8874