# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:2025-cv-13523 |
| | ) |
| THE PARTNERSHIPS, AND | ) Honorable Judge Rebecca R. Pallmeyer |
| UNINCORPORATED ASSOCIATES | ) |
| IDENTIFIED ON SCHEDULE A, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND

Defendants Zhiyavex-US, fosa227, Enkesai, efancy, Xicchekai, SOROS, Jazutaq and Xnaidzvs ("Defendants") respectfully move this Court for an extension of time, up to and including March 11, 2026, for Defendants to answer or otherwise respond in this matter. In support thereof, Defendants state as follows:

1. The current deadline for Defendants to answer or otherwise respond to this matter is February 25, 2026. Dkt. Nos. 28 and 29.

2. Plaintiff and Defendants have been conducting a good faith settlement negotiation and additional time is needed for Defendants to investigate and prepare a proper response to the Complaint.

3. Defendants request an extension of time until March 11, 2026, to answer or otherwise respond to the complaint in this matter.

4. Plaintiff has consented to this extension of time.

5. This is Defendants' first extension of time request. This motion is brought in good faith and will not cause prejudice to the parties.

WHEREFORE, Defendants respectfully request this Court grant this unopposed motion and extend the deadline by which Defendants are to answer or otherwise respond to the complaint in this matter, up to and including March 11, 2026.

| | |
|---|---|
| Dated: February 19, 2026 | Respectfully submitted, |
| | */s/ Timothy T. Wang* |
| | Timothy T. Wang |
| | **NI, WANG & MASSAND, PLLC** |
| | 8140 Walnut Hill, Ste. 615 |
| | Dallas, TX 75231 |
| | Telephone: (972) 331-4603 |
| | Fax: (972) 314-0900 |
| | twang@nilawfirm.com |

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

On February 19, 2026, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF System which will send notification of said filing to all counsel of record.

*/s/ Timothy T. Wang*
Timothy T. Wang