# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

PD

                    Plaintiff,

v.                                Case No.: 1:25−cv−13523

                                 Honorable Rebecca R. Pallmeyer

The Partnerships and Unincorporated Associations Identified in Schedule A, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 20, 2026:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Defendants' unopposed motion to extend deadline to answer or otherwise respond [37] is granted. Deadline for Defendants Zhiyavex−US, fosa227, Enkesai, efancy, Xicchekai, SOROS, Jazutaq andXnaidzvs to answer or otherwise respond to the complaint is extended to 3/11/2026. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.