IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEAK DESIGN,<br><br>                Plaintiff,<br><br>      v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>                Defendants. | Case No. 25-cv-13523<br><br>Judge Rebecca R. Pallmeyer<br>Magistrate Judge Keri L. Holleb Hotaling |

**PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff Peak Design, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against Defendant: xijueshop (216) ("Settling Defendant") with prejudice.

Plaintiff is dismissing Settling Defendant because it has reached full settlement with them, the terms of which have been satisfied.

Settling Defendant has neither filed an answer to the complaint nor otherwise pled. Dismissal under Rule 41(a)(1) is therefore appropriate.

| | |
|---|---|
| Dated: February 23, 2026 | Respectfully submitted,<br><br>Peak Design,<br><br>By:   /s/ James E. Judge<br><br>Zareefa B. Flener (IL Bar No. 6281397)<br>James E. Judge (IL Bar No. 6243206)<br>Ying Chen (IL Bar No. 6346961)<br>Flener IP Law, LLC<br>77 West Washington Street, Suite 800<br>Chicago, Illinois 60602<br>jjudge@fleneriplaw.com<br>(312) 724-8874 |

1